# Court of Appeals
# of the State of Georgia

ATLANTA,  May 07, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1653.  JOHNNY JAY COLLINS v. THE STATE.**

Appellee filed a motion to dismiss contending that appellant had failed to file his brief within 20 days of the notice of docketing. Appellant's brief was due on April 8, 2019. This Court received appellant's brief on its due date but it was returned to him for improper certificate of service. Appellant's brief still has not been filed 22 days after its due date. Accordingly, upon consideration of the APPELLEE'S motion TO DISMISS in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/07/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*